Erna Zapp, as Administratrix of the Estate of Karl Zapp, Deceased, Respondent, v. Eugene Nimkoff et al., Doing Business as Serape Realty Co., Appellants.— In an action to recover damages for claimed negligence resulting in the death of plaintiff's intestate, defendants appeal from an order granting a preference. Order reversed on the law and the facts, without costs, and the

motion denied, without costs, and without prejudice to a renewal on papers setting forth facts as to the right of plaintiff and her infant son to social security benefits and the amount thereof, whether application has been made therefor, and what disposition has been made of any application. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.